**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GABRIEL ZEITOUNI,** | : | |
| **Plaintiff,** | : | **Case No. C2:06-cv-191** |
| **v.** | : | **JUDGE FROST** |
| **JAY L. SCHOTTENSTEIN,** | : | **Magistrate Judge Abel** |
| **Defendant.** | : | |

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate

to the dismissal of this action with prejudice, each party to bear its own costs and expenses.


SO STIPULATED:




/s/ Peter B. Schalk                                          /s/ Marion H. Little, Jr.

Peter B. Schalk                                               Marion H. Little, Jr.   (0042679)
Judd Burstein, P.C.                                         ZEIGER, TIGGES, & LITTLE LLP
1790 Broadway, Suite 1501                           3500 Huntington Center
New York, NY  10019                                     41 South High Street
(212) 974-2400                                               Columbus, Ohio  43215
(Fax) (212) 974-2944                                      (614) 365-9900
                                                                       (Fax) (614) 365-7900


Trial Attorneys for Plaintiff                           Trial Attorneys for Defendant




634-006:174325